**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6100**

JONATHAN A. GILMORE,

Plaintiff - Appellant,

v.

LT. ANDREWS; LT. SHAW; CAPTAIN KEITH MARTIN,

Defendants - Appellees,

and

OFFICER KEVIN CRENSHAW,

Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03321-D)

Submitted:  September 22, 2023                    Decided:  October 12, 2023

Before AGEE and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan A. Gilmore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan A. Gilmore appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gilmore v. Lt. Andrews*, No. 5:21-ct-03321-D (E.D.N.C. Jan. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*